UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RODOLFO CHAPA § | |
| § | |
| VS. § | |
| § | C.A. NO. 5:19-cv-00084-DAE |
| WAL-MART STORES, INC., § | |
| WAL-MART STORES TEXAS, LP, § | |
| WAL-MART STORES TEXAS, LLP, § | |
| AND JANE DOE § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE SENIOR UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Plaintiff Rodolfo Chapa, and Defendants Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LP, and Wal-Mart Stores Texas, LLP, in the above numbered and entitled cause of action, and file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed his Original Petition on December 20, 2018 in the 57th Judicial District Court, Bexar County, Texas. Defendants filed an Answer to Plaintiff's Original Petition on January 25, 2019 and removed the case on January 30, 2019, asserting diversity of citizenship.

2. Plaintiff moves to dismiss the suit.

3. Defendants, Wal-Mart Stores, Inc., Wal-Mart Stores Texas, LP, and Wal-Mart Stores Texas, LLP, who have answered, agree to the dismissal.

4. Defendant, Jane Doe has never been served, answered, or appeared in this suit.

5. This case is not a class action lawsuit.

6. The parties move that the lawsuit against Defendants, Wal-Mart Stores, Inc.,

Wal-Mart Stores Texas, LP, and Wal-Mart Stores Texas, LLP and Jane Doe be dismissed with prejudice.

All relief not specially requested herein is hereby denied. Costs of court are taxed against the party incurring same.

                    Respectfully submitted,

RAUL B. RODRIGUEZ LAW, P.C.

*/s/ Raul B. Rodriguez*
Raul B. Rodriguez; TBN: 24049475
Email: Raul@rodriguezlawtx.com
540 S. St. Mary's Street
San Antonio, Texas 78205
(210) 272-7269 Telephone
(210) 224-8214 Facsimile

AND

LAW OFFICE OF SHAWN C. BROWN

*/s/ Shawn C. Brown*
Shawn C. Brown; TBN: 24003613
Email: shawn@shawnbrownlaw.com
540 S. St. Mary's St.
San Antonio, Texas 78205
(210) 224-8200 Telephone
(210) 224-8214 Facsimile

**ATTORNEYS FOR PLAINTIFF, ROLDOFO CHAPA**

DAW & RAY, LLP

*/s/ James K. Floyd*
Willie Ben Daw, III; TBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; TBN: 24047628
Email: jfloyd@dawray.com

2

        Jakob F. Weissler; TBN: 24096399
        Email: jweissler@dawray.com
        14100 San Pedro Ave., Suite 302
        San Antonio, Texas 78232
        (210) 224-3121 Telephone
        (210) 224-3188 Facsimile

        **ATTORNEYS FOR DEFENDANTS,**
        **WAL-MART STORES, INC.**
        **WAL-MART STORES TEXAS, LP AND**
        **WAL-MART STORES TEXAS, LLP**